IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Davis-Walker, April M | Case Number: 04 B 36008 |
| | Judge: Squires, John H |
| Printed: 01/06/09 | Filed: 9/28/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: December 5, 2008
Confirmed: November 17, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 35,787.13 | |
| Secured: | | 26,533.77 |
| Unsecured: | | 1,160.56 |
| Priority: | | 3,629.79 |
| Administrative: | | 2,000.00 |
| Trustee Fee: | | 1,877.46 |
| Other Funds: | | 585.55 |
| Totals: | 35,787.13 | 35,787.13 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Schottler & Zukosky | Administrative | 2,000.00 | 2,000.00 |
| 2. | Numark Credit Union | Secured | 26,533.77 | 26,533.77 |
| 3. | Illinois Dept of Revenue | Priority | 441.00 | 441.00 |
| 4. | Internal Revenue Service | Priority | 3,188.79 | 3,188.79 |
| 5. | Seventh Avenue | Unsecured | 70.48 | 70.48 |
| 6. | Numark Credit Union | Unsecured | 0.00 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 234.85 | 234.85 |
| 8. | Aspire Visa | Unsecured | 194.55 | 0.00 |
| 9. | AmeriCash Loans, LLC | Unsecured | 83.65 | 83.65 |
| 10. | Empress Riverboat Casino | Unsecured | 628.75 | 628.75 |
| 11. | Internal Revenue Service | Unsecured | 32.38 | 32.38 |
| 12. | World Financial Network Nat'l | Unsecured | 110.45 | 110.45 |
| 13. | Toyota Motor Credit Corporatio | Unsecured | 1,531.50 | 0.00 |
| 14. | Schottler & Zukosky | Priority | | No Claim Filed |
| 15. | Citi Cards | Unsecured | | No Claim Filed |
| 16. | Anderson Financial Network | Unsecured | | No Claim Filed |
| 17. | ADT Security Systems | Unsecured | | No Claim Filed |
| 18. | Collection Company Of America | Unsecured | | No Claim Filed |
| 19. | Collection Company Of America | Unsecured | | No Claim Filed |
| 20. | Computer Credit Service Corp | Unsecured | | No Claim Filed |
| 21. | Credit Protection Association | Unsecured | | No Claim Filed |
| 22. | Retailers National Bank | Unsecured | | No Claim Filed |
| 23. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 24. | Sunrise Services | Unsecured | | No Claim Filed |
| 25. | Friedman & Wexler LLC | Unsecured | | No Claim Filed |
| | | | $ 35,050.17 | $ 33,324.12 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Davis-Walker, April M | Case Number: 04 B 36008 |
|---|---|
| | Judge: Squires, John H |
| Printed: 01/06/09 | Filed: 9/28/04 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 200.88 |
| 4% | 76.49 |
| 3% | 77.73 |
| 5.5% | 352.89 |
| 5% | 129.55 |
| 4.8% | 198.38 |
| 5.4% | 781.83 |
| 6.6% | 59.71 |
| | $ 1,877.46 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

